PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Jeriehmie J. Franetich          Case Number: 2:06CR00123-EFS-1

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 25, 2008          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of Firearm, 18          Date Supervision to Commence: October 24, 2014
U.S.C. § 922(g)(1)

Original Sentence: Prison - 102 months          Date Supervision to Expire: October 23, 2017
                   TSR - 36 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

25    You shall reside in a residential reentry center (RRC) for a period up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Recent contact with Mr. Franetich suggests that the above-mentioned modification is appropriate.  In an attempt to provide a conducive living environment upon release from Bureau of Prisons custody, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Jeriehmie Franetich was asked whether he would waive his right to a hearing and agree to the modifications as previously described.  As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Franetich has agreed to the proposed modification.

It is anticipated that Mr. Franetich will secure adequate housing and employment while residing at the RRC.  If the Court concurs with the modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

Prob 12B
**Re: Franetich, Jeriehmie J.**
**October 15, 2014**
**Page 2**

Respectfully submitted,

by      s/Tommy Rosser
_____

Tommy Rosser
U.S. Probation Officer
Date: October 15, 2014

THE COURT ORDERS

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[  ]  Other



_____
Signature of Judicial Officer

10/15/14
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

25   You shall reside in a residential reentry center (RRC) for a period up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____     Signed: _____
Tommy Rosser                                        Jeriehmie J. Franetich
U.S. Probation Officer                          Probationer or Supervised Releasee

_____
9-22-14
Date