Case 2:06-cr-00123-EFS    Document 156    Filed 12/14/16

PROB 12C
(6/16)

Report Date: December 13, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 14, 2016**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeriehmie Joel Franetich          Case Number: 0980 2:06CR00123-EFS-1

Address of Offender:                , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 25, 2008

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison 102 months                Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    U.S. Attorney's Office           Date Supervision Commenced: October 24, 2014

Defense Attorney:       Robert R. Fischer                Date Supervision Expires: October 23, 2017

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Jeriehmie Franetich violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about December 2, 2016. |
| 2 | **Standard Condition #3:** The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence:** Jeriehmie Franetich violated the terms of his supervised release by failing to contact the undersigned officer as directed to schedule an in-person office contact in November 2016. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Franetich, Jeriehmie Joel**
**December 13, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 13, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

December 14, 2016

Date