PROB 12C
(6/16)

Report Date: July 31, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeriehmie Joel Franetich     Case Number: 0980 2:06CR00123-EFS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 25, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 102 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 24, 2014 |
| Defense Attorney: | Benjamin M. Flick | Date Supervision Expires: October 23, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 22**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but not more than six tests per month, in order to confirm abstinence from this substance. |
| 3 | **Special Condition #26**: You will be monitored by a form of location monitoring technology as directed by the probation officer for a period of 2 months, and you must follow the rules and regulations of the location monitoring program. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention). |

        **Supporting Evidence**:

        On October 23, 2014, Mr. Franetich's term of supervised release began.  He is expected to complete his term of supervised release on October 23, 2017.

Prob12C
**Re: Franetich, Jeriehmie Joel**
**July 31, 2017**
**Page 2**

On October 24, 2014, a supervision intake was completed. Mr. Franetich signed the conditions of probation and supervised release indicting an understanding of the condition imposed by the Court, which includes mandatory condition number 2: the defendant shall not commit another Federal, state or local crime; and special condition number 22: you shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

On June 22, 2017, Mr. Franetich was cited for driving under the influence. As a result, he agreed to a modification of his terms of supervised release to include the above-noted special condition number 26. On July 7, 2017, the Court granted the request for modification.

On July 10, 2017, Mr. Franetich was placed on the location monitoring program. At which point, the rules and regulations were explained to him and he signed a copy acknowledging an understanding of the rules and regulations. Mr. Franetich was approved a schedule which limited his activities to treatment, employment and drug testing. His schedule was later modified to allow him to attend Bible studies at the home of Debra Landerholm, a long time family friend. This would allow Mr. Franetich to be away from his residence from 2 p.m. to 5 p.m. each Sunday, for Bible study only.

On Sunday, July 30, 2017, at approximately 4:45 p.m., the undersigned officer was contacted by an officer with the Spokane Police Department. They advised Mr. Franetich was involved in an auto collision approximately 1 hour prior, where he had fled the scene. Mr. Franetich was contacted at his residence where he was visibly intoxicated and was charged with hit and run. They were unable to charge him with driving under the influence as he had returned home prior to law enforcement being able to make contact with him.

During the course of their investigation, it was determined appropriate to charge Mr. Franetich with malicious mischief-domestic violence, due to Mr. Franetich allegedly damaging items in the home.

Mr. Franetich was booked into the Spokane County Jail for Malicious Mischief (property)-Domestic Violence, in violation of RCW M-10.12.020(a)(1)DV and Hit and Run-Property Damage, in violation of RCW 46.52.020(2). Mr. Franetich's girlfriend is listed as the victim in the domestic violence matter.

Incident reports related to this matter are currently pending.

The undersigned made contact with Debra Landerholm, who advised Mr. Franetich had contacted her earlier in the day, just after 1 p.m., to advise he would not be able to make it to her residence for Bible study on that day. Mr. Franetich was not approved to attend any other activities this day. The location monitoring software noted that Mr. Franetich was away from his residence from 2:08 p.m. to 2:20 p.m., 2:30 p.m. to 3:44 p.m., and 4:29 p.m. to 4:40 p.m.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Franetich, Jeriehmie Joel**
**July 31, 2017**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 31, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

July 31, 2017

Date